IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

PENNY WOLFE,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

SACV 16-01211-KES
(Magistrate Judge Karen E. Scott)

## ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees (Dkt. 21), IT IS HEREBY ORDERED that fees in the amount of $6,460.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: June 23, 2017



Judge Karen E. Scott
United States Magistrate Judge